[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 08-14035
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 9, 2009
THOMAS K. KAHN
CLERK

D.C. Docket No. 08-00012-CR-T-30-MSS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN GREGORIO SALAZA TORRES,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

(March 9, 2009)

Before HULL, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Grady C. Irvin, Jr., appointed counsel for Juan Gregorio Salaza Torres in

this direct criminal appeal, has moved to withdraw from further representation of

the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Torres's convictions and sentences are **AFFIRMED**.